**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Asif Jahandad Khan | FILED COPY: MAY 06, 2008 |
| v. | 08CV2607       DAJ |
| Michael Mukasey et al | JUDGE LEFKOW |
|  | MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Asif Jahandad Khan

| NAME (Type or print) |
|---|
| Patricia Kemling |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Patricia Kemling |

| FIRM |
|---|
| Council on American-Islamic Relations, Chicago Chapter (CAIR-Chicago) |

| STREET ADDRESS |
|---|
| 28 E. Jackson, Suite 1410 |

| CITY/STATE/ZIP |
|---|
| Chicago/IL/60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6294379 | 312.212.1520 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐