UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Asif Jahandad Khan, | ) |
|                Plaintiff, | ) |
| v. | ) |
| MICHAEL MUKASEY, in his official capacity Attorney General of the United States; MICHAEL CHERTOFF, in his official capacity as Secretary of the Department of Homeland Security; RUTH DOROCHOFF, District Director of the Bureau of Citizenship and Immigration Services, Department of Homeland Security; ROBERT S. MUELLER, III, in his official capacity as Director of the Federal Bureau of Investigation, | ) No. 08 CV 2607<br><br>) Judge Lefkow |
|                Defendants. | ) |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

                                            Respectfully submitted,

                                            PATRICK J. FITZGERALD
                                            United States Attorney

                                          By: s/Kathryn A. Kelly
                                              KATHRYN A. KELLY
                                              Assistant United States Attorney
                                              219 South Dearborn Street
                                              Chicago, Illinois 60604
                                              (312) 353-1994
                                              Kathryn.Kelly@usdoj.gov