# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2607 | **DATE** | 7/8/2008 |
| **CASE TITLE** | Asif Jahandad Khan vs. Michael Mukasey, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/8/2008. Plaintiff's counsel reports that plaintiff, Asif Jahandad Khan is being naturalized, therefore this case is hereby dismissed without prejudice. If plaintiff does not file a motion to reinstate within 60-days, this case will automatically be dismissed with prejudice without further order. Terminating case.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | SB |
|---|---|---|